E-FILED
Tuesday, 21 November, 2017 11:48:51 AM
Clerk, U.S. District Court, ILCD

FILED
MACON COUNTY, ILLINOIS
10/20/2017 2:53 PM
LOIS A. DURBIN
CLERK OF THE CIRCUIT COURT

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

NATE GIPSON, )
        Plaintiff, )
         )
v. )   No.  2017 L 139
         )
MILLIKIN UNIVERSITY, )
an Illinois Not-for-Profit Corporation, )
        Defendant. )

## COMPLAINT

NOW COMES Plaintiff, Nate Gipson [Gipson], by his attorneys, Featherstun,

Gaumer, Stocks, Flynn & Eck, LLP, and for his Complaint against Defendant, Millikin

University, an Illinois Not-for-Profit Corporation [Millikin], he states:

## COUNT I
### (Americans with Disabilities Act, 42 USC §12182)

For Count I of his Complaint against Millikin, Gipson states:

1.      Gipson is a resident of Macon County, Illinois.

2.      Millikin is an Illinois not-for-profit corporation with its primary place of

business in Decatur, Macon County, Illinois.

3.      Gipson is a disabled individual as defined by 42 USC §12102(1) in that he

has cognitive and processing deficits as more particularly set forth in Exhibit "A"

attached.  Exhibit "A" is the December 15, 2009 letter from Central Illinois

Neuropsychological Services, Beverly Matthews, Psychiatrist.

4.      In or about 2010, Gipson first enrolled in the School of Education

Licensure – Only Teacher Certification [hereinafter: Program], a degree program offered

by Millikin.

5.      Gipson's application to the Program was accepted by Millikin and Millikin knew or should have known of Gipson's disability as set forth above.

6.      The Millikin Program required, as part of its course requirements, the completion of student-teaching. Upon completion of the Program, the student is eligible for licensure as a certified teacher by the State of Illinois.

7.      Millikin offers the Program to applicants for matriculation for purposes of obtaining certification by the State of Illinois.

8.      Gipson had completed all coursework and only needed to complete a single semester of student teaching to complete the Program.

9.      Millikin is subject to the provisions of the Americans with Disabilities Act [ADA] because Millikin is a place of public accommodation as set forth in 42 USC §12182(a).

10.     Millikin violated the provisions of 42 USC §12182(b)(1)(A)(i) by denying Gipson participation, accommodation, and other rights and entitlements under its educational Program in one or more of the following ways:

    a.  Denied Gipson student teaching opportunity by limiting the student teaching placement opportunities to him notwithstanding his qualification and satisfactory performance in the student teaching environment as evidenced by his teacher reviews;

    b.  Failed to place Gipson in a student teaching environment that would accommodate his disability;

    c.  Failed to accommodate Gipson with adequate student teaching opportunity when Gipson was eligible for licensure/certification under the then-

existing Statutes of the State of Illinois, to wit: 105 ILCS 5/21(B-80)

including the administrative regulations promulgated thereunder, and 105

ILCS 5/21(B-15) and the administrative regulations promulgated

thereunder;

d.   Delegated to third-parties the delivery of its Program and services when

said third-party did not intend to accommodate a teaching candidate with

disabilities including, more particularly, violating the ADA through a

contractor/licensee. See: 42 USC §12182(b)(1)(A);

e.   Terminated Gipson from the Program without necessary accommodation

for his disability.

11.    Accommodation for Gipson's disability would not have caused any undue

burden to Millikin.

12.    Subsequent to termination of his enrollment in the Program, Millikin has

refused readmission into the Program.

13.    As a proximate result of one or more of the violations of the ADA set

forth above, Gipson has incurred consequential loss to include the value of tuition paid

for his enrollment in the Program to which he was wrongfully terminated in the

approximate sum of $25,238.60, plus lost income opportunity occasioned by the delay in

his attainment of degree in an amount to be determined, has incurred attorneys' fees

compensable pursuant to 42 USC §12188.

14.    Further, pursuant to 42 USC §12188(a)(2), Gipson is entitled to an

injunction against Millikin enjoining Millikin from denying Gipson's readmission into

the Program and enjoining Millikin's denial of reasonable accommodation to Gipson to complete the Program.

15.     That the equitable relief sought herein would not unduly burden Millikin.

WHEREFORE, Gipson respectfully requests judgment in his favor and against Millikin as follows:

A.  For readmission into the Program or, alternatively, an injunction against Millikin denying readmission into the Program;

B.  For judgment in the sum of $25,000.00 plus $50,000.00 damages for two years' delay in obtaining educational licensure and corresponding two-year delay in employment as a teacher;

C.  Attorneys' fees in an amount to be determined; and/or

D.  For such other relief the Court deems just and proper under the ADA.

### COUNT II
**(Breach of Contract)**

For Count II of his Complaint against Millikin, Gipson states:

Gipson restates and incorporates herein Paragraphs 1-15 of Count I as and for Paragraphs 1-15, inclusive, of Count II.

16.     At the time of Gipson's enrollment in the Program, Millikin had in force and effect a Student Handbook. Attached as Exhibit "B" is a copy of said Handbook.

17.     The Program into which Gipson was admitted was offered to qualify graduates eligible to obtain licensure as a certified teacher in the State of Illinois.

18.     In all respects, upon the issuance of the degree by Millikin, Gipson was eligible for certification as a licensed teacher in the State of Illinois.

19.     Gipson paid tuition on the promise that Millikin would provide course offerings in the Program to enable Gipson to obtain certification as a licensed teacher in the State of Illinois.

20.     The degree program required the completion of supervised student teaching assignments.

21.     Gipson had completed all coursework requirements in the Program and only had one (1) semester of student teaching to complete to receive his certification.

22.     According to the Handbook (pp. 55-56), withdrawal from student teaching could only occur as a "result of his/her actions during the student teaching internship" or if "dispositional or academic issues warrant."

23.     Millikin terminated Gipson's enrollment in the program without providing Gipson the full range of course offerings, including supervised student teaching assignments to enable Gipson to obtain the degree.

24.     Millikin's denial of student teaching opportunity in its Program constituted a breach of its contract to extend its Program offerings to its enrolled students and denied Gipson the benefits of his educational contract.

25.     Millikin's breach of its educational contract with Gipson was in bad faith, intentionally willful, arbitrary, and capricious, in that Millikin asserted pretextual grounds to remove Gipson from the Program because he had a disability which Millikin did not want to accommodate such that the breach of contract supports punitive damages in addition to consequential damages.

26.     As a proximate result of the breach of contract by Millikin, Gipson has sustained damage to include loss of tuition paid to Millikin, delayed opportunity and

diminished earning capacity by delayed attainment of degree, attorneys' fees and
punite damages all in an amount exceeding $50,000.00.

WHEREFORE, Gipson prays for judgment in his favor and against Millikin in an amount
exceeding $50,000.00 to include the sum of $25,238.60 plus punitive damages in a sum
to be determined, including attorneys' fees as a component thereof, and for such other
relief as the Court deems just and proper.

NATE GIPSON, Plaintiff,

By: FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP

By: _____
Michael S. Morthland

## JURY DEMAND

Plaintiff hereby demands trial by a jury of twelve (12) on all issues.

NATE GIPSON, Plaintiff,

By: FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP

By: _____
Michael S. Morthland

Michael S. Morthland
ARDC No. 6321170
FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP
225 North Water Street, Suite 200
P. O. Box 1760
Decatur, IL 62525
Telephone: (217) 429-4453
Fax: (217) 425-8892
E-Mail: mmorthland@decatur.legal
E-Mail: wfgpsf@decatur.legal
ts

## RULE 222 AFFIDAVIT

The undersigned, under oath, does hereby affirm that the total of money damages sought exceeds the sum of Fifty Thousand Dollars ($50,000.00).

NATE GIPSON, Plaintiff,

By: FEATHERSTUN, GAUMER, STOCKS,
FLYNN & ECK, LLP

By: _____
Michael S. Morthland

Subscribed and sworn to before me this ___ day of October, 2017.

_____
Notary Public

"OFFICIAL SEAL"
JERROLD H STOCKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2018

## VERIFICATION

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF MACON )

Nate Gipson, being first duly sworn on oath, deposes and says that he is the Plaintiff in the above-entitled cause; that he has read the foregoing Complaint and knows the contents thereof, and that the matters and things therein contained are true in substance and in fact to the best of his knowledge, information and belief.

_Nate Gipson_

Subscribed and sworn to before me this 19 day of October, 2017.

Notary Public

"OFFICIAL SEAL"
JERROLD H STOCKS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-30-2018

No. 17-L-___
Complaint

CENTRAL ILLINOIS NEUROPSYCHOLOGICAL SERVICES

5130 HICKORY POINT FRONTAGE ROAD, SUITE 260

DECATUR, ILLINOIS 62526

217-876-7929

December 15, 2009

RE: testing accommodations

To Whom It May Concern;

I tested Nathan Gipson (DOB 07/18/79) and reported the results on 1/12/06. Nathan's Processing Speed on the WAIS-III was slower than his other index scores with a Standard Score of 81 which is at the 10th percentile. This slowness of processing would interfere with the speed at which he could process information and how quickly he could answer questions on a verbally mediated test.

Nathan's General Memory as tested by the WMS-III is in the Low Average range of functioning with a Standard
Score of 84 which is at the 14th percentile. He will have difficulty with remembering Auditory information that is delayed. He also has difficulty with Auditory Recognition Delayed memory. That is; he will have difficulty choosing what he has remembered that he has heard.

Nathan was tested using the Category Test which is a test of frontal lobe functioning such as concept formation, reasoning, visual problem solving, mental efficiency and abstract reasoning. He performed in the Moderately to Severely Impaired range of functioning.

Nathan is mildly impaired in fine motor skills. He is mildly impaired with respect to grip strength.

The above information was taken directly from a Neuropsychological Consultation dated 1/12/06.

Recommendations for alternative testing include;

1. Maximum amount of time to complete the test.
2. Separate room without others in the room while testing.
3. Take breaks as needed as in working for a 30 minute time period with 10 minute break.
4. If need be, the proctor should be able to read the questions to him in an effort to assist Nathan with focusing on the task at hand.
5. Nathan should be allowed to bring caffeinated beverages into the testing room.

Exhibit A

6.   Nathan will need a break of up to 30 minutes for lunch.

Sincerely,

Beverly J Matthews, PsyD

*Beverly J Matthews PsyD*

Licensed Clinical Psychologist

Certification in Clinical Neuropsychology

Licensed Clinical Professional Counselor

*"If we teach today's students as we taught yesterday's, we rob them of tomorrow."*
*~ John Dewey*



# School of Education Handbook

1

Exhibit B

## School of Education Handbook
## Table of Contents

SECTION 1 .............................................................................................................................. 5
Welcome to the School of Education .................................................................................... 5
   Introduction ..................................................................................................................... 6
   General Overview of Teacher Education at Millikin University .................................... 7
SECTION 2 ............................................................................................................................ 10
Professional Expectations ................................................................................................... 10
   Conceptual Framework of the School of Education ...................................................... 11
   Standards of Excellence: ............................................................................................... 13
   Millikin Teaching Standards ......................................................................................... 13
   Other Standards of Excellence ...................................................................................... 14
   LiveText and Embedded Signature Assessments ......................................................... 15
SECTION 3 ............................................................................................................................ 17
Progression through Teacher Education .............................................................................. 17
   Checkpoints ................................................................................................................... 18
   Preparation through Advising ....................................................................................... 19
   Courses Teacher Candidates Complete ......................................................................... 20
   Teacher Candidate Dispositions ................................................................................... 21
   Candidate Disposition Policy ........................................................................................ 23
   Fingerprint Background Check Requirement ................................................................ 24
   Health Insurance Information for Candidates ............................................................... 25
SECTION 4 ............................................................................................................................ 26
The Clinical Experience Team:  Policies for the Teacher Candidate ................................. 26
   Preparation for Licensure .............................................................................................. 27
   Internship Experiences .................................................................................................. 29
   Immersion or Travel-Abroad Experiences .................................................................... 31
   The Teacher Candidate .................................................................................................. 32
   Positive Character Traits for a Teacher Candidate ....................................................... 33
   Millikin's Goals for Excellence in Field Experiences ................................................. 33
   Field Experiences .......................................................................................................... 34
   PACE Field Experiences ............................................................................................... 34
   Traditional Field Experiences ....................................................................................... 37
   Co-Teaching – The Model for Teacher Preparation ..................................................... 40
   edTPA ............................................................................................................................ 42
   Dress Code ..................................................................................................................... 43
   Conduct and Confidentiality ......................................................................................... 43
      Handling Personal Questions ..................................................................................... 43
      Physical Contact ......................................................................................................... 44
      Confidentiality ........................................................................................................... 44
   Online Personal Information .......................................................................................... 44
   Legal and Ethical Behavior ........................................................................................... 45
   Procedures for Remediation .......................................................................................... 45
SECTION 5 ............................................................................................................................ 47

Policies and Procedures:  Student Teaching ............................................................................. 47

    Application for Student Teaching Deadlines ............................................................. 48

    Attendance Policy ...................................................................................................... 48

        Illness or Serious Family Emergencies ................................................................. 49

        Extracurricular/Athletic/Arts Absences ................................................................. 49

        Career-Development Absences ............................................................................... 49

        Weather-Related Absences .................................................................................... 49

        Prohibited Absences .............................................................................................. 50

        Absence of Cooperating Teachers ......................................................................... 50

    Policies for Lesson Plans, Observations, Conferences and Reflections ................... 50

    Policy on Working During Student Teaching ............................................................ 52

        Request for Permission to Work During Student Teaching ................................... 53

    Extracurricular Activities for Student Teaching ....................................................... 54

    Procedures for Student Teaching Evaluation ........................................................... 54

    Procedures for Withdrawal From Student Teaching ................................................ 55

    Grading Criteria ........................................................................................................ 56

    Procedure for Formal Candidate Complaints .......................................................... 58

## Important Telephone Numbers

School of Education ..................................................................(217) 424-6244

Coordinator of Clinical Practice.................................................(217) 420-6689

Assessment Coordinator/LiveText Assistance.................... (217) 424-3600

Licensure Officer........................................................................(217) 420-6682

Registrar ...................................................................................(217) 424-6217

Career Center ..........................................................................(217) 424-6294

Security ....................................................................................(217) 446-8888

Student Life and Development (SLAD) ...................................(217) 424-6395

Student Health Services ...........................................................(217) 424-6360

Standardized State Tests (www.il.nesinc.com) ........................1-800-239-8107

Writing Center ........................................................................(217) 424-6353

Math Center..............................................................................(217) 420-6666

Staley Library...........................................................................(217) 424-6214

Other Important Numbers (Cooperating Teachers, Supervisors, Faculty)

_____

_____

_____

_____

_____

_____

_____

# SECTION 1

# Welcome to the School of Education



## Introduction

From the time you enter Millikin University's School of Education as a teaching candidate, you will work toward the capstone experience of student teaching, which represents one of the last requirements in your degree. Yet, you may also recognize that this is a gateway to a longer pathway toward teaching excellence, one that requires lifelong learning and growth. Millikin teaching candidates strive to involve their students in active learning experiences, to facilitate learning, to collaborate effectively with others, and to create positive learning environments that foster a strong sense of community. These are the goals of the teacher education programs at Millikin University.

As a Millikin teaching candidate, you will be assisted by a very unique and special partnership between area schools and Millikin University. School administrators and teachers collaborate with university faculty from the School of Education to support, guide, and teach candidates. Their mutual goal is to assist you along the path to your teaching license and help you develop the skills, attitudes, values, and knowledge that comprise excellence in teaching and learning. This handbook is intended to be used while you're striving toward the goal of a teaching license. It will provide a common vocabulary and clarify the goals of your experiences, as well as spell out procedures that you should follow from the time you enter Millikin until your teaching license is awarded. Finally, it will identify key people to contact for assistance or for further information.

Should questions arise, please feel free to contact the School of Education, and you will be directed to the appropriate contact for your questions or concerns.

> School of Education
> Shilling 307
> Millikin University
> 1184 W. Main
> Decatur, IL 62522
> (217) 424-6244

## General Overview of Teacher Education at Millikin University

Welcome to the School of Education at Millikin University!  The School of Education (SOE) is comprised of eleven different teacher education programs spread across campus -- each one offering unique opportunities in its particular field, dedicated faculty members, small class sizes, experiential field-based learning, and the chance to thrive in a close-knit campus community with a stellar academic reputation. These eleven programs are unified under our mission statement to "journey toward excellence in teaching and learning."  We seek to deliver on our founder, James Millikin's, promise of an education that would embrace the "practical" side of learning along with the "literary and classical."

The SOE offers several different routes to teacher licensure. The traditional program is offered in a daytime format in which a candidate works toward a four-year baccalaureate degree in his/her chosen field. Most candidates enrolled in our traditional programs live on campus or commute from local communities.  They enroll in courses which total 13-18 credit hours each semester and complete hundreds of hours of observation and internships in area schools before their student teaching semester.  Over their four-year career here at Millikin, they prepare thoroughly for a successful career in teaching and develop lifelong friendships along the way.

Our Professional Adult Comprehensive Education (PACE) program is the perfect solution for adults seeking a bachelor's degree in an accelerated evening course format. The PACE Program is designed for adults with work experience who want to earn a bachelor's degree. The accelerated program requires candidates to be highly motivated and dedicated.  PACE candidates juggle family, work, and school, and the format is designed to make this possible.

PACE focuses on one class at a time. Classes are held in the evenings, one night per week from 6 to 10 p.m. Courses generally last five weeks, and candidates should expect 10-20 hours per week of homework assignments outside of the classroom.  Candidates then move directly into the next course. Candidates are grouped together in cohorts, and two of the greatest attributes of the program are the sense of camaraderie and the true friendships that develop among the cohort. The PACE program is offered on the Millikin campus and, also, on the campus of Parkland College in Champaign.

The PACE format generally requires a four to five-semester program with the first three or four semesters used to complete the Education major courses and the fourth or fifth semester reserved for student teaching. However, many candidates must complete additional coursework to fulfill the degree requirements or the content area requirements separate from Education classes.  This may necessitate adding semesters to their program prior to the five semesters completed in the Education major. Candidates may choose to enroll in courses in PACE to fulfill any of these requirements, and an academic advisor will work with them to create a plan of study.

In addition to program coursework, candidates will complete several hundred hours of internships that will allow them to apply what they are learning to actual classroom settings.

While all courses will be in the evening, candidates will need to be available during the day when area schools are in session to complete the internship hours, as well as during the student teaching experience in their final semester.

Candidates completing licensure in Early Childhood Education earn a Special Education Letter of Approval and English as a Second Language/Bilingual Endorsement. Recipients of the Special Education Letter of Approval will be able to facilitate the learning of children with diverse abilities in pre-kindergarten through third grade classrooms, as well as self-contained classrooms for pre-kindergarten. They also take course work leading to a Developmental Therapist Credential from the Department of Social Services. Upon completion of their four-year plan of study, candidates will have completed the course work needed for the credential as well as some of the field hours. However, the credential requires subsequent field work with a practicing Developmental Therapist after graduation.

Candidates in the Elementary program will choose to be enrolled in the English as a Second Language (ESL)/Bilingual Endorsement program or the Learning Behavior Specialist 1 (LBS1) Endorsement program which will be attached to their teaching certificates.

The ESL/Bilingual Endorsement program includes six courses (18 credits) throughout the four-year plan of study and includes internship experiences. Recipients of this endorsement will be able to facilitate the learning of English to children in grade levels specified by their license.

The LBS1 Endorsement program includes six courses (18 credits) throughout the four-year plan of study and includes internship experiences. Recipients of the LBS1 Endorsement will be better prepared to teach students with special needs in their general education classrooms.

Adults who have already earned a bachelor's degree and want to switch careers into teaching can earn Educator Licensure through the PACE program. These teacher licensure-only programs are available for individuals with appropriate baccalaureate degrees. These candidates seek to fulfill requirements to earn a teaching certificate only. Millikin University currently offers licensure-only programs for post-Baccaluarate candidates in:

- Early Childhood Education
- Elementary Education
- Secondary Education
    - English Languages Arts
    - Social Science: History
    - Mathematics
    - Biology
    - Chemistry
- K-12 Physical Education
- School Nurse

Full transcripts of all coursework leading up to the bachelor's degree must be reviewed by the appropriate content major department. A department representative or chairperson makes the

determination about additional content coursework that is needed prior to beginning the education coursework and internships.

Candidates may enroll in Education coursework in the PACE or traditional format – or a hybrid of both – to complete education requirements. The Test of Academic Proficiency (TAP) or the ACT PLUS WRITING test must be passed successfully before a candidate begins the licensure program. The TAP must be a minimum score of 240 on each of the four sub-areas, scored independently, not compositely. The ACT PLUS Writing must be passed with a minimum composite score of 22 or higher with the writing portion scored with a minimum of 19.

The duration of a licensure-only program varies depending on the type of licensure desired and the number of content courses needed. Student teaching is always 14 weeks in length. Upon successful completion of the requirements, candidates are entitled to receive a teaching license. No Millikin degree is conferred.

A registered nurse (RN) with a bachelor's degree from a recognized college or university may gain the State of Illinois license to serve in the elementary and secondary schools as a school nurse. Millikin University has one of only four approved programs for School Nursing in the State of Illinois. The program is designed to assist nurses to understand schools, school employees, and school children and to provide a coordinated school health program in the K-12 schools of Illinois.

Whichever path fits, we will guide you through Illinois state licensure, better job access and career mobility in the teaching field.

# SECTION 2

# Professional Expectations



## Conceptual Framework of the School of Education

### Philosophy and Key Beliefs of the School of Education

State and national standards provide a good foundation. Yet, each teacher candidate, professor, cooperating teacher, and university supervisor will also have a set of expectations for the teacher candidate's performance that will go above and beyond the more formally stated standards. To become a truly excellent teacher and learner is to have a unique set of standards. Each internship experience, including the student teaching experience, should promote both reflection and dialogue about each team member's definition of excellence in teaching. During field placements, teacher candidates' ideas about teaching and learning, as well as their standards of excellence as teachers and as learners, will undergo many transformations.

### Philosophy

Mission: To prepare beginning teachers whose knowledge, skills, and dispositions promote a lifetime commitment to excellence in teaching and learning.

Vision: When we prepare teachers who are journeying toward excellence, those future teachers will direct their own students toward excellence, thus continuing a cycle of learning and teaching.

The Teacher Education Unit at Millikin is committed to preparing candidates for lifelong teaching-learning journeys as professional educators. We are guided by the following beliefs as we prepare our candidates for their professional success.

1. **The professional educator engages in active learning.**

   a. The teacher-learner constructs knowledge of the central concepts, methods of inquiry, and structures of the discipline(s) by connecting professional, liberal education and life experiences and by connecting theory and practice. From a passion for the knowledge gained, s/he creates learning experiences that engage all students and make the content meaningful to them. [InTASC #4, InTASC #5]

   b. The teacher-learner values reflection, continually evaluates how choices and actions affect students, parents, and other professionals in the learning community and actively seeks opportunities to grow professionally. [InTASC #9]

2. **The professional educator creates communities of learning.**

   a. The teacher-learner understands how individuals grow, develop, and learn and provides learning opportunities that support – with care and empathy – the intellectual, social, emotional, and physical development of all students. [InTASC #1]

   b. The teacher-learner understands how individuals differ in their approaches to learning and creates learning environments that value and appreciate human diversity, show respect for students' varied talents and perspectives and that are fair and equitable to all students. [InTASC #2]

11

      c.  The teacher-learner draws on an understanding of individual and group motivation to create effective learning environments that encourage self-discipline, respect for self and others, and responsible problem solving.  [InTASC #3]

      d.  The teacher-learner fosters critical thinking, active inquiry, collaboration, and supportive interaction in the classroom through effective written, verbal, nonverbal and visual communication techniques. [InTASC #3]

3.  **The professional educator facilitates learning for others.**

      a.  The teacher-learner understands instructional planning and designs instruction, based on research, that integrates content, pedagogy, and the needs of students. [InTASC #7]

      b.  The teacher-learner understands and uses a variety of instructional strategies that results in active, relevant learning and encourages students' development as creative, effective lifelong learners. [InTASC #8]

      c.  The teacher-learner understands various formal and informal assessment strategies and uses them to encourage authentic learning and continuous development for all students. [InTASC #6]

4. **The professional educator collaborates with others.**

      a.  The teacher-learner understands the role of the community in education; develops and maintains collaborative relationships with colleagues, parents/guardians, and the community; and advocates for student learning and well-being.  [InTASC #10]

      b.  The teacher-learner understands education as a profession, maintains standards of professional conduct, provides leadership to improve student learning and well-being and shape social change, and demonstrates a willingness to give and receive help. [InTASC #9]

## Standards of Excellence: Millikin Teaching Standards

Teacher candidates must be aware of the standards of excellence that have been established by Millikin University's School of Education, the State of Illinois, and national organizations within the content area. From the beginning of their academic careers, teacher candidates will make progress toward meeting and exceeding the following Millikin Teaching Standards (MTS). These standards align to the Illinois Professional Teaching Standards (IPTS) that have been adopted by the Illinois State Board of Education (ISBE). See the following URL for an expanded version of the standards: http://www.isbe.net/rules/archive/pdfs/24ark.pdf.

MTS are correlated to and are modifications of the IPTS. Modifications reflect Millikin's mission and the Education unit's conceptual framework. The indicators are taken directly from IPTS. They can be found at:
http://www.millikin.edu/academics/cps/education/CAEP/exhibits/Documents/MTS.pdf.

## Millikin Teaching Standards

*STANDARD 1 – Teaching Diverse Students*
The Millikin teacher candidate understands the diverse characteristics and abilities of each student and how individuals develop and learn within the context of their social, economic, cultural, linguistic, and academic experiences. The teacher candidate uses these experiences to create instructional opportunities that maximize student learning and growth.

*STANDARD 2 – Content Area and Pedagogical Knowledge*
The competent Millikin teacher candidate has in-depth understanding of their content area knowledge which includes central concepts, methods of inquiry, structures of the disciplines, and content area literacy. The teacher candidate creates meaningful learning experiences for each P-12 learner based upon interactions among content area and pedagogical knowledge, and evidence-based practice.

*STANDARD 3 – Planning for Differentiated Instruction*
The competent Millikin teacher candidate plans and designs instruction based on content area knowledge, diverse student characteristics, student performance data, curriculum goals, and the context of the community. The teacher candidate plans for ongoing P-12 learner growth and achievement.

*STANDARD 4 – Learning Environment*
The competent Millikin teacher candidate structures a safe, healthy, inclusive learning environment that facilitates cultural and linguistic responsiveness, emotional well-being, self-efficacy, positive social interaction, mutual respect, active engagement, academic risk-taking, self-motivation, and personal goal-setting.

*STANDARD 5 – Instructional Delivery*
The competent Millikin teacher candidate differentiates instruction for each learner by using a variety of strategies that support critical and creative thinking, problem-solving, and continuous growth and learning. Millikin teacher candidates understand that the classroom is a

13

| |
|---|
| dynamic environment requiring ongoing modification of instruction to enhance learning for each P-12 learner. |
| ***STANDARD 6 – Reading, Writing, and Oral Communication***<br>The competent Millikin teacher candidate has foundational knowledge of reading, writing, and oral communication within the liberal arts and science as well as the content area. Millikin teacher candidates recognize and address varying needs in reading, writing, and oral communication in order to facilitate the acquisition of content knowledge for P-12 learners. |
| ***STANDARD 7 - Assessment***<br>The competent Millikin teacher candidate understands and uses appropriate and authentic formative and summative assessments for determining learner needs, monitoring progress, measuring growth, and evaluating learner outcomes. The Millikin teacher candidate makes informed decisions driven by data about curricular and instructional effectiveness and adjusts practices to meet the needs of each P-12 learner. |
| ***STANDARD 8 – Collaborative Relationships***<br>The competent Millikin teacher candidate builds and maintains collaborative relationships to foster cognitive, linguistic, physical, social and emotional development of P-12 learners. Millikin teacher candidates are capable of working as integral team members with a variety of professional colleagues, students, parents or guardians, community members, resource agencies, and caregivers. |
| ***STANDARD 9 – Professionalism, Leadership, and Advocacy***<br>The competent Millikin teacher candidate is an ethical and reflective practitioner who exhibits professionalism; provides positive leadership in the learning community; and advocates for all P-12 learners, parents or guardians, and the teaching profession. |

For a more thorough and detailed listing of the Millikin Teaching Standards and indicators, please see the SOE web site.

## Other Standards of Excellence

**National Content Area Standards:** National standards are set by national associations in various content areas. For example, the National Council for Teachers of English has standards that have been established for English teachers. The National Council for Teachers of Mathematics establishes standards for teachers of mathematics. To obtain these standards, go to the home page of the national organization.

**Common Core Standards:** Millikin University's teacher candidates will work to meet common core standards. The Illinois State Board of Education (ISBE) has adopted common core standards. (See http://www.isbe.net/common_core/default.htm.) These standards are specific to the major field in which the teacher candidate is working.

*State and national standards are important for teachers and students! Education is standards-based, and future teachers must document their progress toward all standards in order to become professionally licensed.*

**Illinois Professional Teaching Standards:** In addition to the standards for teachers, Illinois also has Illinois Professional Teaching Standards (IPTS) for students in the schools. Teacher candidates and their cooperating teachers will work to assist their students to fulfill the IPTS. It will be helpful for the cooperating teacher to assist the teacher candidate to understand how s/he uses the IPTS in his/her teaching. They can be found at: http://www.isbe.net/rules/archive/pdfs/24ark.pdf.

## LiveText and Embedded Signature Assessments

Each Education candidate will purchase Livetext, a database management and electronic portfolio tool, at the beginning of the program. LiveText manages each candidate's submission of the required eight Embedded Signature Assessments (ESAs) and the six to eight Program Assessments (PAs) within each licensure program.

The ESAs and PAs are significant assignments embedded in various courses throughout the teacher education programs. Each candidate is responsible for creating and submitting the assignments into LiveText as s/he journeys through the program. See the chart below for the current list of ESAs and the correlating courses in which they are embedded.

When candidates enroll in ED120, Introduction to American Education, or ED170, Education Internship (PACE and transfer students), an assessment fee for the cost of the software will be attached to the tuition bill.

| EMBEDDED SIGNATURE ASSESSMENTS TO COURSE CORRELATION | |
|---|---|
| **TITLE** | **Course(s)** |
| ESA: Context of Learning | ED120 Introduction to Education (Early Childhood, Elementary Education, Secondary, Art and Physical Education |
| | ME251 Introduction to Music Education |
| ESA: Child Case Study | ED200 Human Development (Elementary Education) |
| | ED201 Human Development (Secondary Education and K-12 Specialists) |
| | ED232 Human Development (Early Childhood) |
| ESA: Differentiating Instruction for Students with Learning Disabilities | ED216 Instructional Strategies for Individuals with Learning Disabilities in K-12 Classroom (All students) |
| ESA: Classroom Management & Guidance Plan | ED310 Creating Communities of Learners (All students) |
| ESA: Philosophy of Teaching & Learning | ED310 Creating Communities of Learners (All students) |

| ESA: Cycle of Effective Teaching | ED312  Math Methods (Elementary Education) |
|---|---|
| | ED321  General Secondary Methods and Assessment (Secondary, Art, and Physical Education) |
| | ED332  Language Arts and Social Studies Methods (Early Childhood) |
| | ME341  Principles and Methods of Elementary Music Education (Music Education) |
| | |
| ESA:  Plan for Comprehensive Literacy | EN302  Teaching Literacy in the Content Area (Secondary Education and K-12 Specialists) |
| | ED305  Literacy III: Teaching Methods in Reading (Elementary Education) |
| | ED435  Reading Methods in Early Childhood (Early Childhood) |
| | |
| ESA:  The Teaching Portfolio | ED420  Multidisciplinary Instructional Design & Assessment (Elementary Education, Early Childhood, Secondary, and K-12) |
| | |
| ESA:  Entering the Profession | ED488  Education Senior Seminar (Early Childhood, Elementary, Secondary, Art, and Physical Education) |
| | ME488  Instrumental and Vocal Education Senior Seminar (Music Education students) |
| | |
| | |
| All of the above Embedded Signature Assessments must be completed, submitted, and assessed in Live Text in order to become licensed in the State of Illinois. ||

16

# SECTION 3

# Progression through Teacher Education

